UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH PETRI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCY HEALTH D/B/A MERCY HOSPITAL ST. LOUIS,<br><br>Defendant. | Case No. 4:15 CV 1296 CDP |

## JUDGMENT

For the reasons set out in the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that defendant Mercy Health D/B/A Mercy Hospital St. Louis shall have judgment against plaintiff, and plaintiff's case is dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2016.